IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff  ) | |
| ) | |
| vs.  ) | No. CR-01-03-C |
| ) | CIV-20-606-C |
| TIMOTHY SCOTT WALDROP,  ) | |
| ) | |
| Defendant  ) | |

## JUDGMENT

Upon consideration of Defendant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255, and the Court's accompanying Memorandum Opinion and Order,

IT IS ORDERED, ADJUDGED, AND DECREED that the Defendant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 be and the same is hereby denied.

DATED this 5th day of August, 2020.

ROBIN J. CAUTHRON
United States District Judge